# United States Court of Appeals
### For the Eighth Circuit

_____

No. 16-4552

_____

United States of America

*Plaintiff - Appellee*

v.

Andres Sanchez

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Council Bluffs

_____

Submitted: August 11, 2017
Filed: August 11, 2017
[Unpublished]

_____

Before LOKEN, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

In this direct criminal appeal, Andres Sanchez challenges the sentence the district court[1] imposed following his guilty plea to drug charges. Sanchez's counsel

---

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

has moved to withdraw and submitted a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the sentence was substantively unreasonable.

We conclude that the district court did not abuse its discretion, as it properly considered the 18 U.S.C. § 3553(a) factors; there was no indication that it overlooked a relevant factor, or committed a clear error of judgment in weighing relevant factors, <u>see</u> <u>United States v. David</u>, 682 F.3d 1074, 1077 (8th Cir. 2012) (standard of review); <u>United States v. Wohlman</u>, 651 F.3d 878, 887 (8th Cir. 2011); and the sentence was below the Guidelines range, <u>see</u> <u>United States v. Moore</u>, 581 F.3d 681, 684 (8th Cir. 2009) (per curiam).  We have independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal.

Accordingly, we grant counsel's motion to withdraw, and affirm.

_____